JUDGMENT
================================================================

```
                                                         FILED
              UNITED STATES COURT OF APPEALS     01 JUL 30 PM 12: 23
                  FOR THE NINTH CIRCUIT
                                                   LANCE S. WILSON
                     ---------------                    CLERK
                                                 BY_____
                                                        DEPUTY
                      NO. 99-17322
                   CT/AG#: CV-97-00508-ECR
```

HOME HAVEN, INC.; RAYMOND BEATY; ROBERT HEMENWAY; HAVEN HOMES LIMITED PARTNERSHIP

    Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

---------------------

APPEAL FROM the United States District Court for the District of Nevada (Reno).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Nevada (Reno) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered - 5/31/01.

```
A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
   JUL 24 2001
by_____
     Deputy Clerk
```

48

**FILED**

NOT FOR PUBLICATION

**MAY 31 2001**

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HOME HAVEN, INC.; RAYMOND BEATY; ROBERT HEMENWAY; HAVEN HOMES LIMITED PARTNERSHIP,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant-Appellee. | No. 99-17322<br><br>D.C. No. CV-97-00508-ECR<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Nevada
Edward C. Reed, Jr., District Judge, Presiding

Argued and Submitted April 13, 2001
San Francisco, California

Before:    BEEZER, O'SCANNLAIN, and W. FLETCHER, Circuit Judges.

Home Haven, Inc. brought this wrongful levy action arguing that it was entitled to be equitably subrogated to the rights of the former senior lienholder in the property. The district court disagreed and granted summary judgment to the government holding that equitable subrogation does not apply where the party has

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

actual notice of a preexisting subordinate encumbrance. This appeal followed. The facts and prior proceedings are known to the parties; they are not restated herein except as necessary.

Equitable subrogation is a state-law doctrine and therefore whether it applies here turns on Nevada law. As we have noted, "[t]here is limited Nevada authority on the doctrine of equitable subrogation." Mort v. United States, 86 F.3d 890, 893 (9th Cir. 1996). "Where Nevada law is lacking, its courts have looked to the law of other jurisdictions, particularly California, for guidance." Id. In keeping with this tradition, we too have looked to the law of other jurisdictions, particularly California, to supplement Nevada's equitable subrogation jurisprudence. See id. at 893-94.

In Han v. United States, 944 F.2d 526 (9th Cir. 1991), we noted that under California law "equitable subrogation is denied to a party who has 'actual' knowledge of an existing encumbrance." Id. at 530 (citing Smith v. State Savings & Loan Association, 175 Cal. App. 3d 1092, 1098 (1985)). Because it is undisputed that Home Haven had actual notice of the federal tax lien, Home Haven is, therefore, barred from use of the doctrine of equitable subrogation. Accordingly, the district court is

AFFIRMED.

2

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 24 2001

by
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
99-17322 Home Haven, Inc., et al v. USA

| | |
|---|---|
| HOME HAVEN, INC.<br>    Plaintiff - Appellant | N. Patrick Flanagan, III, Esq.<br>702-327-3000<br>[COR LD NTC ret]<br>Hale, Lane, Peek, Dennison,<br>Howard and Anderson<br>100 West Liberty St., Tenth Floor<br>P.O. box 3237<br>Reno, NV 89505 |
| RAYMOND BEATY<br>    Plaintiff - Appellant | N. Patrick Flanagan, III, Esq.<br>(See above)<br>[COR LD NTC ret] |
| ROBERT HEMENWAY<br>    Plaintiff - Appellant | N. Patrick Flanagan, III, Esq.<br>(See above)<br>[COR LD NTC ret] |
| HAVEN HOMES LIMITED PARTNERSHIP<br>    Plaintiff - Appellant | N. Patrick Flanagan, III, Esq.<br>(See above)<br>[COR LD NTC ret] |

   v.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Defendant - Appellee | Donald B. Tobin, Esq.<br>202/514-5399<br>[COR LD NTC gov]<br>DOJT - U.S. DEPARTMENT OF JUSTICE<br>Tax Division<br>P.O. Box 502<br>Washington, DC 20044<br><br>Keith S. Blair<br>202-307-0977<br>[COR LD NTC gov]<br>U.S. DEPARTMENT OF JUSTICE<br>Tax Division<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, DC 20044-0683<br><br>Kathryn E. Landreth, Esq<br>775-784-5438<br>Suite 600<br>[COR LD NTC usa]<br>USLV - OFFICE OF THE U.S. ATTORNEY<br>100 W. Liberty Street<br>Reno, NV 89501 |