IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

FILED
01 AUG 21 PM 3:24
LANCE S. WILSON
CLERK
BY_____
DEPUTY

HOME HAVEN, INC., et al., )
    Plaintiff-Appellant )
)
V. )
)
UNITED STATES OF AMERICA, )
    Defendants-Appellees, )   Case No.: CV-N-97-0508-ECR
)   C/A #:    99-17322
)
_____)

### ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on July 30, 2001 issued its mandate affirming the judgment, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this 21 day of August 2001.

Edward C. Reed
UNITED STATES DISTRICT JUDGE